ACCEPTED
03-16-00718-CV
14556843
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/4/2017 2:27:28 PM
JEFFREY D. KYLE
CLERK

## NO. 03-16-00718-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/4/2017 2:27:28 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD JUDICIAL DISTRICT

_____

## IN RE VOLKSWAGEN CLEAN DIESEL LITIGATION:
## TCAA ENFORCEMENT CASE

_____

## VOLKSWAGEN GROUP OF AMERICA, INC. AND PORSCHE CARS NORTH AMERICA, INC.'S SUPPLEMENT TO THEIR MOTION TO EXPEDITE THEIR MOTION TO STAY MDL COURT PROCEEDINGS AND EMERGENCY REQUEST FOR TEMPORARY STAY DURING THE PENDENCY OF THEIR STAY MOTION

_____

**C. VERNON HARTLINE, JR.**
State Bar No. 09159500
hartline@flash.net

**HARTLINE DACUS BARGER DREYER LLP**
8750 N. Central Expressway, Suite 1600
Dallas, Texas  75231
214-369-2100
214-369-2118 fax

And

**DARRELL L. BARGER**
State Bar No. 01733800
dbarger@hdbdlaw.com

**HARTLINE DACUS BARGER
DREYER LLP**
1980 Post Oak Boulevard, Suite 1800
Houston, Texas 77056
713-759-1990
713-652-2419 fax

And

**RICHARD W. CREWS, JR.**
State Bar No. 05075500
rcrews@hdbdlaw.com

**HARTLINE DACUS BARGER
DREYER LLP**
800 North Shoreline Blvd.
Suite 2000, North Tower
Corpus Christi, TX 78401
361-866-8000
361-866-8039 fax

And

**JEFFREY L. CHASE**
NY State Bar No. 1002203
jchase@herzfeld-rubin.com
*(pro hac vice motion to be filed)*

**MICHAEL B. GALLUB**
NY State Bar No. 2141851
mgallub@herzfeld-rubin.com
*(pro hac vice motion to be filed)*

**HERZFELD & RUBIN, P.C.**
125 Broad Street
New York, New York 10004
212-471-8459
212-344-3333 fax

And

**ROBERT J. GIUFFRA, JR.**
New York State Bar 2309177
giuffrar@sullcrom.com
**SHARON L. NELLES**
New York State Bar 2613073
nelless@sullcrom.com
**WILLIAM B. MONAHAN**
New York State Bar 4229027
monahanw@sullcrom.com

**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
212-558-4000
Fax: 212-558-3588

**ATTORNEYS FOR DEFENDANTS
VOLKSWAGEN GROUP OF
AMERICA, INC., AUDI OF AMERICA,
LLC AND VOLKSWAGEN GROUP OF
AMERICA CHATTANOOGA
OPERATIONS, LLC**

3

And

**DARREN L.MCCARTY**
State Bar No. 24007631
darren.mccarty@alston.com

**ALSTON & BIRD LLP**
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
(214) 922-3400 –Telephone
(214) 922-3899 –Facsimile

**COUNSEL FOR PORSCHE CARS
NORTH AMERICA, INC.**

Yesterday, after Volkswagen Group of America, Inc. ("VWGoA") and Porsche Cars North America, Inc. ("Porsche") filed their Motion to Expedite Their Motion to Stay MDL Court Proceedings and Emergency Request for Temporary Stay During the Pendency of Their Stay Motion, Plaintiffs filed a letter with the MDL Court requesting that scheduling of depositions be discussed at a status hearing scheduled for this Friday, January 6, 2017. VWGoA and Porsche accordingly file this Supplement to their Motion, attaching Plaintiffs' recently filed letter.

## I.

### Plaintiffs Seek to Discuss the Scheduling of
### Depositions at a Status Hearing in Two Days

On January 3, 2017, Government Liaison Counsel for the State of Texas and Lead Council for the TCAA County Plaintiffs sent a letter to the MDL Court (Sulak, J.) regarding items to be discussed at an upcoming status conference hearing on January 6, 2017.[1] Plaintiffs' counsel requested that the MDL Court and all counsel address at the hearing: "[t]he intention of the Texas MDL Plaintiffs' Leadership to notice depositions in the Texas MDL and VW's initial response to those efforts." It is apparent that, notwithstanding the automatic stay, Plaintiffs wish to schedule six depositions (*see* Exhibit A to VWGoA's and Porsche's

---

[1] The letter is attached hereto and incorporated herein for all purposes as Exhibit "C."

5

Motion to Expedite) in the near future, and apparently seek the MDL Court's intervention in scheduling the depositions.

VWGoA and Porsche accordingly request that, for this additional reason, this Court (a) expedite a ruling on their Motion to Stay, and (b) enter a temporary stay of all proceedings in cause number D-GN-16-000370 until their Motion to Stay is decided.

## II.

### Conclusion & Prayer

VWGoA and Porsche request the Court expedite their Motion to Stay MDL Court Proceedings, acknowledging and enforcing the automatic stay of all proceedings in cause number D-GN-16-000370, and enter a temporary stay of all proceedings in cause number D-GN-16-000370 until their Motion to Stay is decided.

Respectfully submitted,

*/s/ C. Vernon Hartline, Jr.*
**C. VERNON HARTLINE, JR.**
State Bar No. 09159500
hartline@flash.net

**HARTLINE DACUS BARGER
DREYER LLP**
8750 N. Central Expressway, Suite 1600
Dallas, Texas  75231
214-369-2100
214-369-2118 fax

And

**DARRELL L. BARGER**
State Bar No. 01733800
dbarger@hdbdlaw.com

**HARTLINE DACUS BARGER
DREYER LLP**
1980 Post Oak Boulevard, Suite 1800
Houston, Texas 77056
713-759-1990
713-652-2419 fax

And

**RICHARD W. CREWS, JR.**
State Bar No. 05075500
rcrews@hdbdlaw.com

**HARTLINE DACUS BARGER
DREYER LLP**
800 North Shoreline Blvd.
Suite 2000, North Tower
Corpus Christi, TX 78401
361-866-8000
361-866-8039 fax

7

And

**JEFFREY L. CHASE**
NY State Bar No. 1002203
jchase@herzfeld-rubin.com
*(pro hac vice motion to be filed)*

**MICHAEL B. GALLUB**
NY State Bar No. 2141851
mgallub@herzfeld-rubin.com
*(pro hac vice motion to be filed)*

**HERZFELD & RUBIN, P.C.**
125 Broad Street
New York, New York 10004
212-471-8459
212-344-3333 fax

And

8

**ROBERT J. GIUFFRA, JR.**
New York State Bar 2309177
giuffrar@sullcrom.com
**SHARON L. NELLES**
New York State Bar 2613073
nelless@sullcrom.com
**WILLIAM B. MONAHAN**
New York State Bar 4229027
monahanw@sullcrom.com

**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
212-558-4000
Fax: 212-558-3588

**ATTORNEYS FOR DEFENDANTS
VOLKSWAGEN GROUP OF
AMERICA, INC., AUDI OF AMERICA,
LLC AND VOLKSWAGEN GROUP OF
AMERICA CHATTANOOGA
OPERATIONS, LLC**

And

**DARREN L.MCCARTY**
State Bar No. 24007631
darren.mccarty@alston.com

**ALSTON & BIRD LLP**
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
(214) 922-3400 –Telephone
(214) 922-3899 –Facsimile

**COUNSEL FOR PORSCHE CARS
NORTH AMERICA, INC.**

9

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 3rd day of January, 2017, counsel for VWGoA conferred with counsel for the State of Texas and counsel for the Counties involved in TCAA Enforcement Case MDL, Cause No. D-1-GN-16-000370. Both counsel indicated they were opposed to VWGoA's and Porsche's Motion to Expedite their Motion to Stay MDL Court Proceedings, so are likewise opposed to this supplement.

*/s/ C. Vernon Hartline, Jr.*
**C. VERNON HARTLINE, JR.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2017, a true and correct copy of this pleading was served in accordance with the Texas Rules of Civil Procedure on all known counsel of record.

*/s/ C. Vernon Hartline, Jr.*
**C. VERNON HARTLINE, JR.**

# EXHIBIT C



KEN PAXTON
ATTORNEY GENERAL OF TEXAS

January 3, 2017

Honorable Judge Tim Sulak                                    *via electronic filing and email:*
353rd District Court of Travis County                         *Pam.Seger@traviscountytx.gov*
Heman Marion Sweatt Travis County Courthouse
P. O. Box 1748
Austin, Texas 78767

**RE:    Cause No. D-1-GN-16-000370;** *In re Volkswagen Clean Diesel Litigation* **(MDL 15-0884) in the 353rd Judicial District Court of Travis County**

**Cause No. D-1-GN-16-000449;** *In re Volkswagen Clean Diesel Litigation* **(MDL 15-0884); in the 353rd Judicial District Court of Travis County**

Dear Judge Sulak:

In advance of the January 6, 2017 status conference, the State and counsel for the TCAA County Plaintiffs write to notify the Court and all counsel that the State intends to address the following issues at the status conference:

- Recent developments in the Federal MDL in the Northern District of California, the subsequent cancellation of depositions in that proceeding and the impact of those developments on coordination of depositions scheduled to occur in the Federal MDL; and
- The intention of the Texas MDL Plaintiffs' Leadership to notice depositions in the Texas MDL and VW's initial response to those efforts.

The State will also stand ready to address any issues which the Court wishes it to address.

Thank you very much.

Sincerely,


*/s/ Patrick K. Sweeten*                                      */s/Richard Mithoff*
Patrick K. Sweeten                                           Richard Mithoff
Liaison Counsel for the State of Texas                        Lead Counsel for TCAA County Plaintiffs